# UNITED STATES BANKRUPTCY COURT

*SOUTHERN DISTRICT OF NEW YORK*
*ONE BOWLING GREEN*
*NEW YORK, NY 10004-1408*

**Vito Genna**
**CLERK OF COURT**

August 8, 2025

Corinne Ball
Jones Day
250 Vesey Street, Floor 32
New York, NY 10281-1047

In Re: Oi Brasil Holdings Cooperatief U.A.
Case No. 17-11888 (JPM)

Dear Mrs. Ball:

Please be advised the above referenced Chapter 15 case was filed on July 7, 2017.   There has been no activity in this case since September 14, 2022.   Please provide the status of this case.

We appreciate your cooperation.

Sincerely yours,

Vito Genna, Clerk of Court

By: /s/ Anatin Rouzeau
        Deputy Clerk